**E-FILED**
Monday, 15 December, 2014 10:55:34 AM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRITTANY RENEE WILSON,<br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | Case No. 1:14-cv-01121-JEH |

### Order

This matter is now before the Court on the parties' Joint Stipulation to Remand to the Commissioner (Doc. 19). In their Stipulation, the parties jointly request that the Court reverse this case and remand for further proceedings pursuant to sentence four of 42 USC § 405(g), which authorizes the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 USC § 405(g). The parties stipulate that upon remand, the Administrative Law Judge will be directed to: 1) reevaluate the medical and other opinions of record; 2) further evaluate Plaintiff's subjective symptoms; and 3) further assess Plaintiff's residual functional capacity; 4) obtain, if necessary, supplemental testimony from a vocational expert; and 5) issue a new decision.

The Court finds the request for remand appropriate and so the Joint Stipulation to Remand to the Commissioner (Doc. 19) is GRANTED. Accordingly, the Commissioner's decision in this matter is REVERSED and the case is REMANDED to the Commissioner for a new hearing pursuant to the

fourth sentence of [42 USC § 405(g)](). The Clerk's Office is hereby directed to enter Judgment in favor of the Plaintiff and against the Defendant. This matter is now terminated.

Entered on December 15, 2014.

                                                s/Jonathan E. Hawley
                                                U.S. MAGISTRATE JUDGE